Ezequiel **GODINEZ–CERVANTES**, Petitioner–Appellant,

v.

Up **OUTLAW**, Warden, Respondent–Appellee.

No. 06–40036
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

Oct. 24, 2006.

Ezequiel Godinez–Cervantes, U.S. Penitentiary Beaumont, Beaumont, TX, for Petitioner–Appellant.

Before JOLLY, DeMOSS, and STEWART, Circuit Judges.

PER CURIAM: *

Ezequiel Godinez–Cervantes, federal prisoner # 09671–079, was sentenced to a 240–month term of imprisonment following a 1997 guilty plea to distribution of heroin.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

Godinez–Cervantes appeals the district court's dismissal of a 28 U.S.C. § 2241 habeas corpus petition challenging his conviction and sentence in light of *United States v. Booker*, 543 U.S. 220, 125 S.Ct. 738, 160 L.Ed.2d 621 (2005). Godinez–Cervantes argues that he should be permitted to pursue § 2241 relief in accordance with the savings clause of 28 U.S.C. § 2255.

Godinez–Cervantes has not shown that the district court erred in construing his purported § 2241 petition as an unauthorized § 2255 motion over which it lacked jurisdiction. *Tolliver v. Dobre*, 211 F.3d 876, 877–78 (5th Cir.2000). He has also failed to establish that his *Booker* claim is cognizable under the savings clause of § 2255. *Padilla v. United States*, 416 F.3d 424, 427 (5th Cir.2005). Consequently, we AFFIRM the district court's dismissal of the petition.